# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Angel Primitivo Padilla,

Plaintiff(s),

v.

Darren Wheatley,

Defendant(s).

Case No. 23-cv-5652
Judge Nancy L. Maldonado

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $         ,

   which ☐ includes      pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff has not pre-paid the filing fee or otherwise communicated with the Court. This case is therefore dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Nancy L. Maldonado on a motion/ order dated 10/13/23.

Date: 10/13/2023                    Thomas G. Bruton, Clerk of Court

                                    Carmen Acevedo , Deputy Clerk